**EXHIBIT A**

# ZIMMERLI of SWITZERLAND.com

The World's Finest Underwear ... and More ... For Ladies and Gents

View Cart/Checkout
# of Items: 0
Subtotal: $0.00 



| HOME | SHOP | SEARCH | CONTACT | ABOUT | PRESS | Search...  |

## What sets us apart from other web sites...

Italy's renowned Bresciani 1970, a small, artisanal studio, is the world's premier sock producer and now the finest men's underwear artisan. Villa Delmitia, a small Milanese family firm, specializes in the finest woven boxers, pajamas, and robes for men and women. For more than a century, Zimmerli of Switzerland has been creating excellent Swiss underwear. However, since the firm's recent acquisition, although Zimmerli continues to produce some of their products in Switzerland, many items are now produced elsewhere.

Natural fibres, comfortable cuts, and careful production ensure the legendary good feeling that has long been associated with our reputation for offering the world's finest clothing for ladies and gentlemen.

### A few new favorites of ours and our customers:

**Log in**

username:

password:

Log In

New User? Register

## Our Products

Collapse All | Expand All
- Men's Underwear
- Pajamas
- Socks
- Women's Underwear

## What's New?

Bresciani Over-the-Calf 100% Sea Island Cotton Sized Flat-knit Chiffon Weight Socks Made in Italy - $59.00

Cesare Paciotti Women's Miss P Cotton Bikini Panty 92% Egyptian Cotton/8%Lycra - Made in Italy - $75.00

Cesare Paciotti Women's Miss P Cotton Lace Spaghetti Top Camisole 92% Egyptian Cotton/8%Lycra - Made in Italy - $125.00



Bresciani Over-the-Calf 100% Sea Island Cotton Sized Flat-knit Chiffon Weight Socks Made in Italy
$59.00



Cesare Paciotti Women's Miss P Cotton Bikini Panty 92% Egyptian Cotton/8%Lycra - Made in Italy
$75.00



Cesare Paciotti Women's Miss P Cotton Lace Spaghetti Top Camisole 92% Egyptian Cotton/8%Lycra - Made in Italy
$125.00



**EXHIBIT B**

# ZIMMERLI of SWITZERLAND.com

The World's Finest Underwear ... and More ... For Ladies and Gents

View Cart/Checkout
# of Items: 0
Subtotal: $0.00 



HOME | SHOP | SEARCH | CONTACT | ABOUT | PRESS     Search... 

## ZimmerliOfSwitzerland.com Contact Information

Thank you for visiting. We are always pleased to speak with our clients. Call or write any time.

### By Mail:

ZimmerliOfSwitzerland.com
c/o LCL, P.O. Box 2364
Amagansett-East Hampton, New York 11930
United States of America

### By EMail:

CustomerService@ZimmerliOfSwitzerland.com

### By Phone:

+01-631-267-2800

**Log in**
username:
password:

Log In

New User? Register

## Our Products

Collapse All | Expand All
⊞ Men's Underwear
⊞ Pajamas
⊞ Socks
⊞ Women's Underwear

## What's New?

Bresciani Over-the-Calf 100% Sea Island Cotton Sized Flat-knit Chiffon Weight Socks Made in Italy - $59.00

Cesare Paciotti Women's Miss P Cotton Bikini Panty 92% Egyptian Cotton/8%Lycra - Made in Italy - $75.00