## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

---

ZIMMERLI TEXTIL AG                     Civil Action No.: 2:14-cv-01560-JS-ARL

               Plaintiff,

   -against -

ALEXANDER KABBAZ, JOELLE KELLY,
KABBAZ-KELLY & SONS and
LUXURY CLOTHING, LTD.

---

## BRIEF ON BEHALF OF PLAINTIFF ZIMMERLI TEXTIL AG
## IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

---

LAW OFFICES OF HAYES YOUNG, P.A.
233 Broadway ~ Suite 2305
New York, New York 10279
(212)766-0006
Attorneys for Plaintiff,
Zimmerli Textil AG

On the brief:  Hayes Young, Esq.

## **TABLE OF CONTENTS**

TABLE OF CONTENTS ............................................................................... *i*

TABLE OF AUTHORITIES ........................................................................ *ii*

STATEMENT OF FACTS AND PROCEDURAL HISTORY ................................ 1

POINT I -

      DEFENDANTS FACE A HEAVY BURDEN ON THIS MOTION .......................... 3

POINT II -

ZIMMERLI'S FIRST, SECOND, THIRD, FOURTH AND FIFTH CLAIMS FOR
RELIEF CONSTITUTE PRIMA FACIE CLAIMS AGAINST THE DEFENDANTS AND
THEREFORE SHOULD NOT BE DISMISSED .................................................. 4

POINT III -

PLAINTIFF'S SEVENTH, EIGHTH, NINTH, TENTH AND ELEVENTH CLAIMS
FOR EACH STATE DISTINCT CAUSES OF ACTION ALL OF WHICH ARE
COGNIZABLE UNDER NEW YORK STATE LAW .............................................. 8

CONCLUSION ............................................................................................ 10

*i*

# TABLE OF AUTHORITIES

## Federal Cases

Ashcroft v Iqbal ............................................................................................ 3
  556 U.S. 662, 678 (2009)

Bell Atl. Corp. v Twombly ............................................................................ 3
  550 U.S. 544, 570 (2007)

Castagna v Luceno ....................................................................................... 3
  No. 09-CV-9332 CS, 2011 WL 1584593 at *9(S.D.N.Y. Apr. 26, 2011)

Di Folco v MSNBC Cable LLC ...................................................................... 3
  622 F.3d 104, 111 (2d Cir. 2010)

Kassner v 2nd Ave. Delicatessen, Inc. .......................................................... 3
  496 F.3f 229, 237 (2d Cir. 2007)

L.S. Heath & Sons, Inc. v AT&T Info. Sys. Inc. ........................................... 5
  F.3d 561, 575 (7th Cir. 1993)

McCoy v Mitsuboshi Cutlery, Inc. ................................................................. 5
  67 F.3d 917, 923 (Fed. Cir. 1995)

Vogt v Greenmarine Holding, LLC ............................................................... 3
  318 F. Supp. 2d 136, 144 (S.D.N.Y. 2004)

Warth v Seldin ............................................................................................. 3
  422 U.S. 490, 501 (1975)

## Federal Statutes

15 U.S.C. §§ 1114, 1125 ......................................................................... 4, 5, 7

28 U.S.C. § 1332 ......................................................................................  1

Lanham Act § 43(a)............................................................................. 4, 5, 6

## Federal Rules

Fed. R. Civ. Pro. 12(b)(6) .............................................................. 1, 3, 8, 9

*iii*