# DISCOVERY PLAN WORKSHEET
## Tier I Pre-Settlement Discovery

Deadline for completion of Rule 26(a) initial disclosures
and HIPAA-complaint records authorizations: _____

Completion date for Phase I Discovery
as agreed upon by the parties: _____
*(Reciprocal and agreed upon document production,
generally not including depositions, unless otherwise agreed.
No more than 30 days after Initial Conference)*

Status conference TBD by the court: _____
*(Generally 15 days post Tier I Discovery)*

## Tier II Discovery and Motion Practice

~~Motion to join new parties or amend the pleadings:~~ Submit proposed briefing schedule for motion to dismiss to Judge Seybert by: **6/17/16**
*(Presumptively 15 days post status conference)*

All ~~First~~ requests for production of documents
and for interrogatories ~~due~~ are by: **6/28/16**
*(Presumptively 15 days post joining/amending)* All responses due **7/28/16**

W. H. Review **8/29/16**

All fact discovery completed by: **11/18/16**
*(Presumptively 3.5 months post first
requests for documents/interrogatories)*

Exchange of expert reports completed by: Joint Status letter **11/28/16**
*(Presumptively 30 days post fact discovery)*

Expert depositions completed by: _____
*(Presumptively 30 days post expert reports)*

Final date to take first step in dispositive motion practice: **12/2/16**
*(Parties are directed to consult the District Judge's
individual rules regarding such motion practice.
Presumptively 30 days post expert depositions)*

**COMPLETION OF ALL DISCOVERY BY:** _____
*(Note: Presumptively 9 months after Initial Conference.)*

Submission of joint pre-trial order: _____

Final Pre-Trial Conference TBD by the court: _____